

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/25/2026_

1500 Broadway, Suite 2401
New York, NY 10036

т(929) 342-6000
ꜰ(929) 342-6001

February 25, 2026

**Via Electronic Filing**
Honorable Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street – Courtroom 218
White Plains, New York 10601

Direct Dial: (646) 585-7122
Email: lfitzgerald@wglaw.com

> **Re:    Gerod Mobley, et. al v. Investigator Joe Rodriguez, et. al**
> **Case No.: 7:25-cv-06784-NSR (Southern District of New York)**

Dear Honorable Román:

As you know, my law firm represents Sullivan Legal Aid Panel Inc. i/s/h/a Sullivan County Legal Aid Society (hereinafter "Sullivan Legal Aid") as a Defendant in the above-referenced matter. We write this letter in response to Mr. Mobley's letter dated February 3, 2026 and filed on the court docket on February 17, 2026, wherein he requested that the Court order defendant Sullivan County Legal Aid to turn over all discovery material under Ind. 70192-23 about the March 9, 2023 arrest.

Given that the Court has permitted Sullivan Legal Aid until March 13, 2026 to serve a Rule 12(b)(6) motion to dismiss, we respectfully request that the Court deny Mr. Mobley's request in its entirety.

Thank you.

Respectfully Submitted,

LMF/sf

*Lisa M. Fitzgerald*

cc:    All Parties Via Electronic Filing

Lisa M. Fitzgerald, Esq.

Plaintiff's motion for discovery request is DENIED in light of the pending motion to dismiss. The Clerk of Court is directed to mail a copy of this Endorsement to both pro se Plaintiffs at their addresses of record and show service on the docket. The Clerk of Court is kindly directed to terminate the motion at ECF No. 30.
Dated: February 25, 2026
    White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

1

**<u>Via U.S. Mail, 1st Class</u>**
**GEROD MOBLEY -** Plaintiff (Pro-Se)
#202500396
I.D.#13617
Sullivan County Jail
58 Old Route 17
Monticello, New York 12701

**ANGELA MOELLER -** Plaintiff (Pro-Se)
#202500414
Sullivan County Jail
58 Old Route 17
Monticello, New York 12701

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                    ) ss.:
COUNTY OF NEW YORK   )

Karen Lopez, being duly sworn, deposes and says that:

I am not a party to the action, I am over 18 years of age and I reside in the State of New York.

On the 25th day of February 2026 I served a true copy of the annexed **Letter to Court** upon the said parties below by US Mail 1st Class:

## VIA US MAIL 1ST CLASS

**GEROD MOBLEY - Plaintiff (Pro-Se)**
**#202500396**
I.D.#13617 Sullivan County Jail
58 Old Route 17
Monticello, New York 12701

**ANGELA MOELLER - Plaintiff (Pro-Se)**
**#202500414**
Sullivan County Jail
58 Old Route 17
Monticello, New York 12701

Karen Lopez

Sworn to before me this
25th day of February 2026

Notary Public

STEVEN FOCERI
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. No. 01F06347210
Qualified in Queens County
Commission Expires August 19, 20__