USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GERARD MOBLEY

                              Plaintiff,

-against-                                                    25 CV 6784 (NSR)

RODRIGUEZ ET AL,

                              Defendants.

**MEMO ENDORSED**

NELSON S. ROMÁN, United States District Judge

      The Court has reviewed Plaintiff's submission. To the extent Plaintiff contends that Defendant failed to timely respond to the Complaint, that argument is without merit. Under Federal Rule of Civil Procedure 12(a)(4), the filing of a motion to dismiss under Rule 12(b) alters the time to serve a responsive pleading, and thus Defendant's motion to dismiss constitutes a timely response. Plaintiff's request for discovery is denied without prejudice as premature. Discovery is generally not appropriate while a motion to dismiss is pending. The Court further notes that a briefing schedule governing Defendant's motion to dismiss has already been set. (ECF No. 27.) Plaintiff is directed to comply with that schedule in submitting any opposition to the motion. The Court declines to construe the instant submission as Plaintiff's opposition. The Clerk of Court is directed to mail a copy of this endorsement to pro se Plaintiff, show service on the docket, and terminate the motion at ECF No. 36.

      Dated: March 27, 2026
          White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

1

To: Nelson S. Roman
U.S. District Judge

RECEIVED
SDNY PRO SE OFFICE
2026 MAR 25 PM 3:22

date 3-17-26

25-cv-6784 (NSR)

Fr: Gerad mobley #202500396
Sullivan county Jail
58 old Route 17
monticello, NY 12701

Notice of motion
Failure To meet answer
due date march 9th 2026

Please TAKE NOTICE: The defendant new york
STATE ATTORNEY General office did not meet The courts
order To answer due date of march 9th 2026.

The new york STATE ATTORNEY General Filed A
motion To dismiss pursuant to Rule 12(B)(6) F.R.C.P.

N.Y.S. ATTORNEY General office provided a copy
of The 2023 indictment # 70192-23 which was signed by
Brian p. Conaty acting district ATTORNEY dated June 14th 2023,
The indictment shows That The change of
location was done "intentionally" on count Two about
controlled SUBSTANCE That was Found with The weapon
at 21 pine ST, APT# 2L, village of monticello dated march 9th 23,

The documentation or discovery material under
Ind # 70192-23 Should Be ordered Released Because
The court will see That plaintiff mobley was not on any

see Next page

search warrant or arrest warrant dated on or Before march 9th 2023.

in march 2023 signed a search warrant by meagan Gralligan To search Ronnie morris and Don A.K.A. GoldTooth premise; Ronnie morris was arrest by defendant Joe Rodriguez investigator of New york STATE police at 21 pine ST, 2L, village of monticello "alone" and found Both The weapon and drug with/or at location dated march 9th 2023, There is Bodycam footage By STATe police.

noTE: EXHiBit A - drugs & weapon at 21 pine ST, 2L, village of monTicello dated march 9th 2023.

EXHiBit B - a copy of indictment #70192-23 signed By BRian p. coNATY, Knowing That The drug evidence was addressed at another location which is not at the location of my arrest at 277 ForestBurgh Road, monticello, ny Laundromat parking Lot, which is also on Bodycam by N.Y.S. police dated march 9th 23.

please order discovery material from defendant N.Y.S. police

∟ Gerod mobley
Gerod mobley
#202500896

dated 3-17-26



EXHIBIT B

COUNTY COURT
COUNTY OF SULLIVAN : STATE OF NEW YORK
------------------------------------------------------------------X
THE PEOPLE OF THE STATE OF NEW YORK,

-against-

GEROD MOBLEY,

Defendant.
------------------------------------------------------------------X

**INDICTMENT**

~~80-2023~~

IND-70192-23

RECEIVED
Office of the Court Clerk

JUN 1 4 2023

Sullivan County Court

<u>**COUNT ONE**</u>

THE GRAND JURY OF THE COUNTY OF SULLIVAN, State of New York, by this Indictment, hereby accuses the defendant, GEROD MOBLEY of the crime of CRIMINAL POSSESSION OF A WEAPON IN THE SECOND DEGREE, in violation of New York State Penal Section 265.03(3), a Class C Felony, committed as follows:

On or about March 9, 2023, at about 9:05 AM, in apartment 2L at 21 Pine Street, the Village of Monticello, County of Sullivan, State of New York, the defendant, GEROD MOBLEY, did knowingly, intentionally, and unlawfully possess a loaded and operable firearm, to wit: at the aforesaid date, time and place, the defendant, GEROD MOBLEY, did knowingly, intentionally, and unlawfully possess a loaded and operable two-tone colored, loaded Polymer80 semiautomatic handgun bearing no serial number.

[NEW YORK PENAL LAW §265.03(3)]

<u>**COUNT TWO**</u>

THE GRAND JURY OF THE COUNTY OF SULLIVAN, State of New York, by this Indictment, hereby further accuses the defendant, GEROD MOBLEY of the crime of CRIMINAL POSSESSION OF A CONTROLLED SUBSTANCE IN THE THIRD DEGREE, in violation of New York State Penal Section 220.16(1), a Class B Felony, committed as follows:

On or about March 9, 2023, at about 9:05 AM, in the Village of Monticello, County of Sullivan, State of New York, the defendant, GEROD MOBLEY, did knowingly and intentionally possess a narcotic drug with the intent to sell same, to wit: at the aforesaid date, time and place,

the defendant, GEROD MOBLEY, did knowingly and intentionally possess a clear plastic bag containing Acetaminophen and codeine Phosphate, a narcotic drug, with the intent to sell same.

[NEW YORK PENAL LAW §220.16(1)]

Dated: Monticello, New York
June 14, 2023

BRIAN P. CONATY
Sullivan County Acting District Attorney

Foreperson

Case 7:25-cv-06784-NSR   Document 38   Filed 03/25/26   Page 7 of 7

Gerod Mobley #202500396
SCF
58 old Route 17
Monticello, NY. 12701

USM4P
SDNY

ALBANY NY   120

20 MAR 2026 PM 1  L

Pro Se

RECEIVED
MAR 2 4 2026
CLERK'S OFFICE
S.D.N.Y.

United States district court
Southern district of New York
U.S. courthouse, 500 Pearl Street
New York, 10007