MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___4/15/2026___

To: Nelson S. Roman
United State district Judge

25-cv-6784(NSR)

fR: Gerod Mobley #2025C0396
Sullivan county Jail
58 old Route 17
Monticello, NY 12701

NOTICE OF MOTION TO
compel discovery material
under Ind. 70192-23

see pg. 7

please TAKE notice:
Sullivan Legal aid panel and new york STATE police Filed MOTIONS To dismiss which STATE Being duly sworN, deposes, and STATE the Following under penalties of perjury.

all parties possess the capacity to TESTIfy herein Based on personal knowledge.

I Gerod mobley am Requesting or asking the court To compel discovery material starting from the actual search warrant issued by meagan Galligan in march 2023 for the subject premise of Ronnie morris at 21 pine ST., APT. #2h, village of monticello Ny.

FacT: sullivan county district ATTORNEY sent investigator TRAVIS HaRtman & new york STATE police investigator JOE Rodriguez along with other INvestigators of STATE police To excute search warrant/ arrest warrant for Ronnie morris That committed 3 drug sales to confidential informat under supervision of new york STATE police.

TRAVIS HARTMAN investigator For Sullivan County district ATTORNEY office ordered N.Y.S. investigator Joe Rodriguez To stop plaintiff Mobley and angela Mailler at Gun point walking in the middle of Laundrmat parking Lot and Both plaintiffs were search & No weapon or drugs were Found, uniformed officers cuffed Both plaintiffs without Being (Read Their Rights) placed inside N.Y.S. police vehicle and held against Their will dated march 9th 2023 Some Time Before 9:05 Am - Location of actual arrest 27 ForestBurgh Road, Monticello NY, uniformed officers Bodycam Footage Recorded everything.

TRAVIS HARTMAN & N.Y.S. police investigator Rodriguez executed The search warrant / ARREST WARRANT For Ronnie Morris dated march 9th 2023 at 21 pine ST, APT. #24, Village of Monticello - during The ARREST of Ronnie Morris investigators Found A weapon (GhOST GuN) and drugs, uniformed officers Bodycam Footage Recorded everything.

NOTE : The uniformed officers Tampered with volume To hide conversations Between officers and investigators on Bodycam dated march 9th 2023.

N.Y.S. uniformed officers was called by cellphone From investigators at 21 pine ST, APT. #24, Monticello NY Telling The officers To TRANSPORT Both plaintiffs To N.Y.S. TROOPER STATION at 5754 Route 52, LiBerty NY 12754 dated march 9th 2023.

Plaintiff mobley was interviewed by investigator Rodriguez N.Y.S. police & TRAVIS HARTMAN INVESTIGATOR for Sullivan county district ATTORNEY office, plaintiff mobley was charged with

1) Criminal possession of a weapon in the second degree, N.Y.S. penal Law 265.03(3), A CLASS C felony.

2) Criminal possession of A controlled SUBSTANCE in the Third degree, N.Y.S. penal Law 220.16(1), A CLASS B Felony.

Sullivan county district ATTORNEY investigator TRAVIS HARTMAN & N.Y.S. police investigator Joe Rodriguez FABRICATED A place of arrest at 21 pine ST, APT. #2h, village of MONTICELLO NY dated march 9th 2023 - The investigators never charged angela meoller with anything But out standing warrant.

plaintiff mobley was TRANSPORTED to TOWN of Thompson courthouse for arraignment Before Judge sharon Jankiewicz date 3-9-23 Time 6:15pm on FABRICATED arrest at 21 pine ST, APT. #2h, MONTICELLO NY 12701 - charges PL 265.03, PL 220.16, PL 220.03, 220.50 Remanded without Bail. plaintiff mobley informed The court on the Record That he never possessed a weapon or drugs and was TRANSPORTED TO Sullivan county Jail on 3-9-23.

defendant karen mannino came up to sullivan county jail and only talked about taking a plea from the district Attorney, I told Ms. mannino that i never possessed a weapon or drugs ever.

defendant mannino Job was to get me to take plea deal for multiple weeks which Turned into munths But once defendant mannino seen The Body cam Footage Ms. mannino Believed plaintiff mobley After watching The footage on march 4th 2023 ARRest.

plaintiff mobley was incarcerated for 35 days Before Being Released on his own Recognizance as Required by law on APRil 14th 2023.

TRAViS Hartman investigator For sullivan county district Attorney office had personal knowledge That information produced To The district Attorney was Falsified Reports and Fabricated arrest narrative.

The key question : was drug evidence in this court 2 with weapon at 21 pine st, Apt. #2L, village of montrello Ny Time 9:05 am That was dismissed on 10-21-2024

TRAViS Hartman plays The Biggest part in Hiding The misconduct!

TRAVIS HARTMAN IS A NON LAWYER INVESTIGATOR for Sullivan County DISTRICT ATTORNEY office IS NOT entitled TO Absolute immunity - CASE LAW

Joseph v. patterson
795 F. 2d 549

Rich v. dollar
841 F. 2d 1558

Hayes v. mercer county
217 N. J. super 614

Sullivan county DISTRICT ATTORNEY office and Their investigator TRAVIS HARTMAN INTENTIONALLY changed The arrest Location of drug evidence on June 14th 2023 indictment #70192-23 - pLAINTIFF mobley was not at 21 pine ST, APT. #2k, village of Monticello NY Time 9:05 AM;

pLAINTIFF mobley and angela mosller were already arrested prior or Before The execution of Search warrant For Ronnie morris; at Laundromat parking Lot located at 27 ForestBurgh Road, Monticello NY 12701.

TRAVIS HARTMAN worked The investigation From The START of all the FaBrication, under I civil Rights ACTIONS P2A.03 (8) investigative and administrative ACTS NOT protected by Absolute prosecutorial immunity.

Sullivan county district ATTORNEY office INTENTIONALLY misLead The court with FaBricated INformation which effect Judge Decker To Rule Fairly on motions, Like 4 corner motion That didn't survive Because of all the False Reports produced by TRAVIS HARTMAN.

Sullivan county district ATTORNEY produced another "DNA Report" which also violates N.Y.S. CPL 245.20 Discovery material Requirements which was dated August 13th & 14th 2024, Judge Decker was suppose To STRike Those documents from the case.

My new ATTORNEY Ed BRuno (18B) BRing To The attention of the court That the DNA Reports are in violation of CPL 245.20 Discovery Requirements, MR. BRuno Told plaintiff Mobley These people have it out To get you MR. Mobley & Thats why im going TRial.

ATTORNEY Ed Bruno INformed plaintiff Mobley That The people of Sullivan county district ATTORNEY office Are going To have problem with The new york STATE police Forensic investigation center (Test) of The weapon Report dated August 2023 → next page

The Area Tested on weapon Slide, Trigger, Grip for "DNA" in August 2023 - The Results came Back with (NO Match) To plaintiff mobley DNA, The picture That new york state police show the inconsistency and The actual place of drug evidence Recovered on march 9th 2023 at 21 pine St, Apt. #2h, Village of monticello N.Y.

I Gerod mobley am asking The court to order all defendants To Turn over all discovery under Ind. # 70192-23.

Judge Roman, a new defendant TRAVIS HARTMAN investigator For Sullivan county district ATTORNEY office needs To Added as a defendant Right away.

note: with all The discovery material sullivan county is in Real Trouble and I want TRial, I want This Treatment To end.

Plaintiff's motion to compel discovery is DENIED without prejudice as premature. In light of the pending motion to dismiss, discovery is not appropriate at this stage of the proceedings. The parties are directed to proceed in accordance with the briefing schedule previously set by the Court.

The Clerk of Court is directed to mail a copy of this endorsement to pro se Plaintiff, show service on the docket, and terminate the motion at ECF No. 39.

Dated: April 15, 2026

White Plains, NY

x Gerod mobley
Gerod mobley
# 202300896
dated 3-25-26

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

3-25-26

Dear Nelson S. Roman
U.S. District Judge

New York STATE police has Bodycam footage, felony complaints, pictures of evidence at arrest location - That show plaintiff Mobley never possessed any weapon or drugs on March 9th 2023.

The pictures by N.Y.S. police also show that the drug evidence was with the weapon at 21 pine St, Apt. #2K, village of Monticello NY dated March 9th 2023, Attached is EXHIBIT A-B

EXHIBIT A - N.Y.S. police picture of evidence weapon (Ghost Gun) and drugs together at fabricated arrest location 21 pine St, Apt. #2K, village of Monticello NY

NOTE: N.Y.S. police have 2 felony complaints addressed to 21 pine St, Apt. #2K, village of Monticello NY dated 3-9-23

EXHIBIT B - fabricated indictment #70/92-23 with fake charges and arrest location, date March 9th 2023.

NOTE: Gerod Mobley & angela Moeller were arrested at Laundrmat parking lot 27 Forestburgh Road, Monticello NY dated March 9th 2023.

COUNTY COURT
COUNTY OF SULLIVAN : STATE OF NEW YORK
--------------------------------------------------------------------X
THE PEOPLE OF THE STATE OF NEW YORK,

-against-

GEROD MOBLEY,



Defendant.
--------------------------------------------------------------------X

**INDICTMENT**
~~80-2023~~

IND-70192-23

RECEIVED
Office of the Court Clerk

JUN 1 4 2023

Sullivan County Court

## COUNT ONE

THE GRAND JURY OF THE COUNTY OF SULLIVAN, State of New York, by this Indictment, hereby accuses the defendant, GEROD MOBLEY of the crime of CRIMINAL POSSESSION OF A WEAPON IN THE SECOND DEGREE, in violation of New York State Penal Section 265.03(3), a Class C Felony, committed as follows:

On or about March 9, 2023, at about 9:05 AM, in apartment 2L at 21 Pine Street, the Village of Monticello, County of Sullivan, State of New York, the defendant, GEROD MOBLEY, did knowingly, intentionally, and unlawfully possess a loaded and operable firearm, to wit: at the aforesaid date, time and place, the defendant, GEROD MOBLEY, did knowingly, intentionally, and unlawfully possess a loaded and operable two-tone colored, loaded Polymer80 semiautomatic handgun bearing no serial number.

[NEW YORK PENAL LAW §265.03(3)]

## COUNT TWO

THE GRAND JURY OF THE COUNTY OF SULLIVAN, State of New York, by this Indictment, hereby further accuses the defendant, GEROD MOBLEY of the crime of CRIMINAL POSSESSION OF A CONTROLLED SUBSTANCE IN THE THIRD DEGREE, in violation of New York State Penal Section 220.16(1), a Class B Felony, committed as follows:

On or about March 9, 2023, at about 9:05 AM, in the Village of Monticello, County of Sullivan, State of New York, the defendant, GEROD MOBLEY, did knowingly and intentionally possess a narcotic drug with the intent to sell same, to wit: at the aforesaid date, time and place,

the defendant, GEROD MOBLEY, did knowingly and intentionally possess a clear plastic bag containing Acetaminophen and codeine Phosphate, a narcotic drug, with the intent to sell same.

[NEW YORK PENAL LAW §220.16(1)]

Dated: Monticello, New York
      June 14, 2023

BRIAN P. CONATY
Sullivan County Acting District Attorney

Foreperson

Gerod Mosley 202500396
58 old Route 17
Montialio, NY 12701

RECEIVED
SDNY PRO SE OFFICE

2026 APR -7 AM 11:36

United States District Court
Southern District of New York
U.S. Courthouse - 500 Pearl St
New York, NY 10007

USM4P
SDNY



RECEIVED
APR - 6 2026
CLERK'S OFFICE
S.D.N.Y.